UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COOK, | NO. CV 08-835-DSF(CT) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation with Non-Material Modifications,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 6-30-08

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE